ATCHISON, T. & S. F. RY. CO. v. AYERS.
(No. 3079.)

(Supreme Court of Texas. Nov. 20, 1918.)

Error to Court of Civil Appeals of Eighth Supreme Judicial District.

Suit by A. E. Ayers against the Atchison, Topeka & Santa Fé Railway Company. From judgment for plaintiff, defendant appealed to the Court of Civil Appeals, which affirmed (192 S. W. 310), and defendant brings error. Reversed, and cause remanded, with instructions.

Terry, Cavin & Mills, of Galveston, Turney, Culwell, Halliday & Pollard, of El Paso, and Jno. G. Gregg, of Galveston, for plaintiff in error.

Geo. E. Wallace, P. E. Gardner, and W. S. Berkshire, all of El Paso, for defendant in error.

PHILLIPS, C. J. Upon the questions discussed in the opinion this day delivered in the case of Atchison. Topeka & Santa Fé Railway Co. v. Stevens, 206 S. W. 921, the facts in the present case are practically identical. The case in those particulars is accordingly ruled by that decision.

The judgments of the honorable Court of Civil Appeals and the District Court are reversed and the cause is remanded to the District Court with instructions to transfer it to the District Court of one of the counties named in the defendant's plea of privilege, as the plaintiff may elect.

HAWKINS, J. (concurring). My views concerning the final clause of the foregoing opinion are expressed in my concurring opinion in a companion case, No. 3080, A., T. & S. F. Ry. Co. v. Stevens, 206 S. W. 921, this day decided here.